



# MEMORANDUM OPINION

No. 04-11-00631-CV

## IN RE Mary **DAHLMAN** and Lantz **HUBBERD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Karen Angelini, Justice
    Rebecca Simmons, Justice
    Marialyn Barnard, Justice

Delivered and Filed: October 26, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On August 31, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and the responses and reply of the parties and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 1986-PC-1440, styled *In re Willa Peters Hubberd Testamentary Trust*, pending in Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.